No. 50, Orig. VERMONT v. NEW YORK ET AL. Motion of the United States for leave to intervene referred to Special Master. [For earlier orders herein, see, e. g., 408 U. S. 917.]

No. 71–685. LEHNHAUSEN, DIRECTOR, DEPARTMENT OF LOCAL GOVERNMENT AFFAIRS OF ILLINOIS v. LAKE SHORE AUTO PARTS CO. ET AL.; and

No. 71–691. BARRETT, COUNTY CLERK OF COOK COUNTY, ILLINOIS, ET AL. v. SHAPIRO ET AL. Sup. Ct. Ill. [Certiorari granted, 405 U. S. 1039.] Motion of Proviso Township High School District No. 209 et al. for reconsideration of their motion for leave to participate in oral argument as *amici curiae* denied.

No. 71–1021. EMPLOYEES OF THE DEPARTMENT OF PUBLIC HEALTH AND WELFARE OF MISSOURI ET AL. v. DEPARTMENT OF PUBLIC HEALTH AND WELFARE OF MISSOURI ET AL. C. A. 8th Cir. [Certiorari granted, 405 U. S. 1016.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of petitioners granted and 15 minutes allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument.

No. 71–1069. ASSOCIATED ENTERPRISES, INC., ET AL. v. TOLTEC WATERSHED IMPROVEMENT DISTRICT. Appeal from Sup. Ct. Wyo. [Probable jurisdiction noted, 407 U. S. 908.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 71–6078. LINDA R. S. v. RICHARD D. ET AL. Appeal from D. C. N. D. Tex. [Probable jurisdiction postponed, 405 U. S. 1064.] Motion of appellant for appointment of counsel granted. It is ordered that Windle Turley, Esquire, of Dallas, Texas, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for appellant in this case.